Jacob Stephen Davis
71837, SCC, HB05
1252 E. Arica Rd
Eloy, Arizona 85131

Plaintiff Pro Se

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE __CIVLR 5.4__
(Rule Number/Section)

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 20 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In the United States District Court

For the District of Arizona

Jacob Stephen Davis,

        Plaintiff,

vs.

Steven Grill, et al.,

        Defendants,

Case No. 2:24-cv-01230-PHX

Motion to Extend Time

COMES NOW, the above-named Plaintiff pro se in the above-entitled case, pursuant to Rule 6(b), Federal Rules of Civil Procedure, and hereby moves this Honorable Court to issue its order extending time for the Plaintiff to file the amended complaint, application to proceed in forma pauperis status, and provide his 6 month certified trust statement. The Plaintiff is asking for an additional 30 days, with the deadline to be July 23, 2024, for reasons set forth in the simultaneously filed Declaration of Jacob Stephen Davis, incorporated herein by reference for all intended purposes.

DATED this 17th day of June, 2024.

Jacob Stephen Davis
Plaintiff Pro Se

1

Jacob Stephen Davis
71837, SCC, HB05
1252 E. Arica Rd
Eloy, Arizona 85131

Plaintiff Pro Se

In the United States District Court

for the District of Arizona

Jacob Stephen Davis,

      Plaintiff,

vs.

Steven Grill, et al.,

      Defendants,

Case No. 2:24-cv-01230-PHX

Declaration of Jacob Stephen Davis

State of Arizona )
        ss.
County of Pinal )

    I, Jacob Stephen Davis, of eighteen (18) years of age, of sound mind and body, being first duly sworn upon my oath, deposes and states the following:

1. This is the first time your affiant is seeking an extension in this matter.

2. Your affiant requested on May 29, 2024 and again on June 7, 2024, for a 6 month certified printout of his inmate trust account without receiving it.

3. Your affiant requested on May 29, 2024 and again on June 7, 2024, for staff to verify his application to proceed in forma pauperis status without response.

4. The current deadline is for June 24, 2024.

5. Your affiant is asking the deadline be pushed back until July 23, 2024.

1

6.    The paralegal at your affiant's facility is also the secondary grievance coordinator and math teacher for the general education diploma program.

7.    Due to the paralegals dual/triple job titles it makes it difficult to obtain photo copies of the complaint, application and 6 month statement.

8.    Your affiant has been told it may take until after July 4, 2024 for the paralegal to make copies.

Further your affiant sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 17th Day of June, 2024.

Jacob Stephen Davis
Plaintiff Pro Se

62E